IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THOMAS C. SMITH,

    Petitioner,                                               JUDGMENT IN A CIVIL CASE

v.                                                          Case No. 13-cv-337-wmc

GARY BOUGHTON, Warden,
Wisconsin Secure Program Facility,

    Respondent.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent denying Thomas C. Smith's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and dismissing this case with prejudice.

| /s/ | 11/29/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |